**ORIGINAL**

| | |
|---|---|
| 1 | Spencer C. Skeen (Bar No. 182216) |
| | Marsha Amin (Bar No. 238820) |
| 2 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| 3 | 530 B Street, Suite 2100 |
| | San Diego, California 92101 |
| 4 | Telephone: 619.238.1900 |
| | Facsimile: 619.235.0398 |
| 5 | |
| 6 | Attorneys for Defendant, |
| | WILDROSE REAL ESTATE CORPORATION, |
| 7 | Erroneously Sued Herein As Wildrose Real Estate Corp |

FILED
2008 AUG 21  AM 11: 32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | BARBARA HUMPHREY, | Case No.: '08 CV 1543 LAB JMA |
| 11 | Plaintiff, | CERTIFICATE OF SERVICE |
| 12 | v. | |
| 13 | WILDROSE REAL ESTATE CORP; And DOES 1 THROUGH 10, Inclusive, | |
| 14 | | |
| 15 | Defendants. | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On August 21, 2008, I served the within documents:

**CIVIL CASE COVER SHEET; NOTICE OF REMOVAL OF ACTION**

☐ by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

CERTIFICATE OF SERVICE

1  ☐  by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

☐  by personally delivering via Knox Attorney Service the document(s) listed above to the person(s) at the address(es) set forth below.

☐  by transmitting via e-mail the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| Theodore A. Pinnock, Esq. | Attorneys for Plaintiff |
| Pinnock & Wakefield, APC. | BARBARA HUMPHREY |
| 3033 Fifth Avenue, Suite 410 | |
| San Diego, CA 92103 | |
| Tel: (619) 858-3671 | |

☐  *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑  *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 21, 2008, at San Diego, California.

*Corinne E. Byrnes*

2

CERTIFICATE OF SERVICE